**Cynthia Z. Levin, Esq. (Bar No. 27050)**
**Law Offices of Todd M. Friedman, P.C.**
**1150 First Avenue, Suite 501**
**King of Prussia, PA 19406**
**Phone: 888-595-9111 ext 618**
**Fax: 866 633-0228**
clevin@toddflaw.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAROL SCAVO,** individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>**LIFELABS, LLC; GADGETPUSH; ZR MEDIA LLC, and DOES 1-20, inclusive,**<br><br>Defendant. | Case No. **2:19-cv-03987-JP**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 5th day of December 2019

By: *s/Cynthia Z. Levin, Esq.*
CYNTHIA Z. LEVIN
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2019, the foregoing document was filed electronically with the United States District Court for the Eastern District of Pennsylvania, which will generate a notice of such filing to all counsel of record.

s/Cynthia Z. Levin, Esq.<br>
Attorney for Plaintiff